UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN ZWERIN,<br><br>               Plaintiff,<br><br>   v.<br><br>ALM MEDIA HOLDINGS,<br><br>               Defendant. | CASE NO. 2:21-cv-00780-JCC-JRC<br><br>ORDER AMENDING SCHEDULING ORDER |

This matter is before the Court on the parties' stipulated motion to extend the Joint Status Report deadline to December 29, 2021. Dkt. 18, at 1. The Court finds good cause and grants the request. The JSR is due December 29, 2021. The parties shall adhere to the scheduling order the Court previously entered in this matter, except as amended herein. Dkt. 16.

Dated this 29th day of November, 2021.

J. Richard Creatura
Chief United States Magistrate Judge